UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                        :

MICHAEL HEYWARD,

                Plaintiff,               :        25-CV-2090 (JAV)

      -v-                                      :        <u>ORDER</u>

TRANSIT POLICE SERGEANT and OFFICE OF
CORPORATION COUNSEL FOR THE CITY OF NEW
YORK,

              Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of Plaintiff's letter received on August 21, 2025. Plaintiff appears to be under the impression that this matter was transferred to the White Plains courthouse. This order serves to inform Plaintiff that neither of the cases referenced in his letter (Docket Nos. 25-CV-2060 and 25-CV-2090) have been assigned to White Plains.

      Inquiries regarding the case at Docket No. 25-CV-2060 (LTS) should be directed to the assigned judge, who is currently Chief Judge Laura Taylor Swain. Chief Judge Swain issued an order on August 19, 2025, granting Plaintiff leave to file an amended complaint within 60 days of her order. *See* No. 25-CV-2060, ECF No. 5.

      SO ORDERED

Dated: August 25, 2025
      New York, New York

                                                          JEANNETTE A. VARGAS
                                                          United States District Judge