UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HEYWARD,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SERGEANT CURTIA E. WHITEHEAD, et al.,<br><br>                    Defendants. | 25-CV-2090 (JAV)<br><br>ORDER OF SERVICE |

JEANNETTE A. VARGAS, United States District Judge:

       The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Sergeant Curtia E. Whitehead, Shield No. 3722, New York City Police Department, Transit District 12, 460 Morris Park Avenue, Bronx NY 10460, waive service of summons.

SO ORDERED.

Dated:   October 1, 2025
           New York, New York

                                                      JEANNETTE A. VARGAS
                                                      United States District Judge